IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| TETYANA MOSKALENKO, on her own behalf and on behalf of all other Seafarers similarly situated,<br><br>    Plaintiffs,<br><br>v.<br><br>CARNIVAL PLC and FLEET MARITIME SERVICES INTERNATIONAL, LTD.,<br><br>    Defendants. | Case No.<br>1:17-cv-06947-NGG-CLP<br><br>**DEFENDANTS' NOTICE OF MOTION AND MOTION TO COMPEL ARBITRATION AND DISMISS**<br><br>Date:  August 21, 2018<br>Time: 2:00 p.m.<br>Judge Nicholas G. Garaufis<br>Courtroom: 4D S |

PLEASE TAKE NOTICE that on August 21, 2018 at 2:00 p.m. before Judge Nicholas G. Garaufis in Courtroom 4D of the United States District Court, Eastern District of New York, located at 225 Cadman Plaza East Brooklyn, New York, Defendant, CARNIVAL PLC ("Carnival"), and its subsidiary FLEET MARITIME SERVICES INTERNATIONAL. LTD, ("Fleet Maritime"), both Bermuda corporations, (collectively "Defendants"), by and through undersigned counsel, will move to compel arbitration and dismiss pursuant to 9 U.S.C. § 201 et. seq. and 21 U.S.T. 2517 (commonly referred to as the "Convention on the Recognition and Enforcement of Foreign Arbitral Awards"), Federal Rule of Civil Procedure 12(b)(3) and the terms and conditions of Plaintiff's employment contract.

    This motion is based on this Notice, the supporting Memorandum of Points and Authorities, and the supporting declaration of Edgar R. Nield filed concurrently herewith, and the pleadings and records on file within the Court.

/ / /

/ / /

Dated:  Encinitas, California
       June 22, 2018

Respectfully submitted,

MALTZMAN & PARTNERS

By: _____
JEFFREY B. MALTZMAN
EDGAR R. NIELD
679 Encinitas Blvd, Suite 201
Encinitas, CA 92024
jeffreym@maltzmanpartners.com
edn@maltzmanpartners.com
(760) 942-9880
Attorneys for Defendants