# EXHIBIT C

Exhibit C
Page 5



## SEAFARER'S EMPLOYMENT AGREEMENT
### PART A – INDIVIDUAL TERMS

Fixed Term – Monthly Paid

This Employment Agreement is between:

### 1. EMPLOYEE    ID: 245250

| | | | | | |
|---|---|---|---|---|---|
| 1.1 | Name (Surname, Forenames) | MOSKALENKO | | TETYANA | |
| 1.2 | Date of Birth | 22-09-1978 | Place of Birth | UKR | Ukraine |

### 2. EMPLOYER

| | | |
|---|---|---|
| 2.1 | Company Name | Fleet Maritime Services (Bermuda) Ltd., Herein known as 'the Company' |

### 3. JOB DETAILS

| | | | | | |
|---|---|---|---|---|---|
| 3.1 | Rank | Steward/ess | 3.2 | Repatriation Destination | Ukraine |

### 4. PAY & WORKING HOURS

| | | | | | |
|---|---|---|---|---|---|
| 4.1 | Rate of Pay | USD 1,501.00 per month Including Guaranteed Gratuities | 4.2 | Daily Working Hours | 10.00 hours per day |

### 5. CONTRACT TERMS

| | | | | | |
|---|---|---|---|---|---|
| 5.1 | Start Date | 07-09-2017 | 5.2 | Employment End Date | 10-03-2018 |

### 6. TERMS AND CONDITIONS

| | | |
|---|---|---|
| 6.1 | Collective Bargaining Agreement | There is no Collective Bargaining Agreement governing your employment |
| 6.2 | Standard Terms & Conditions of Employment | Part B of your Employment Agreement is attached setting out all the standard terms and conditions of employment relating to your rank and position, referenced as B3. |
| 6.3 | Protected Terms & Conditions of Employment – Part C | There are no Protected Terms and Conditions governing your employment |

### ACCEPTANCE OF EMPLOYMENT (Please read carefully before signing)

By signing all of the terms and conditions set out and referred to in Parts A, B and, where applicable, Part C of this Agreement and/or the terms set out in a Collective Bargaining Agreement, employee freely accepts them, confirms that they have had sufficient opportunity to review and seek advice on them, and clearly understands their full terms and conditions, rights and responsibilities. Employee retains a signed copy of their full Employment Agreement, which consists of all relevant documents referred to above and retains copies of the key policies referred to within their Employment Agreement.

Employee agrees to abide by the conditions set forth in the Policies and Procedures, HESS MS, Standing Orders and any other Company and ship rules and regulations that may come into effect during the period of this Employment Agreement. Employee confirms that they have received, read and understood the Shipowner's Complaints Procedure and acknowledges that the above-mentioned conditions, policies, procedures and documents are available onboard and may change from time to time. Employee acknowledges that they are responsible for keeping up to date with any changes that they will be notified of and abide by them at all times.

Employee confirms that no verbal promises or other Agreements have been made to them and that they understand that they are not entitled to any additional benefits of any kind except those provided for in this Agreement. Employee acknowledges and understands that details of their Employment Agreement may be disclosed by the Company or the Shipowner to any relevant authority. If any provisions of this Agreement shall to any extent be held invalid or unenforceable, the remaining terms and conditions shall not be affected thereby but shall be held valid and enforceable.

| EMPLOYEE'S SIGNATURE | [signed] | AUTHORISED COMPANY SIGNATORY | [signed] |
|---|---|---|---|
| EMPLOYEE'S FULL NAME | MOSKALENKO TETYANA | SIGNATORY'S FULL NAME | Carol Le Page |
| DATE (DD/MM/YYYY) | 27-07-2017 | DATE (DD/MM/YYYY) | 20-07-2017 |
| PLACE (COUNTRY) WHERE SIGNED BY EMPLOYEE | UKRAINE | ONCE SIGNED BY EMPLOYEE PUT X IN BOX | X |

Please continue to Part B (and C if applicable) which sets out the standard terms and conditions applicable to your employment.

Part A4 Fixed term – Monthly Paid V5 Sept 2016

Exhibit C
Page 6