IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

---

TETYANA MOSKALENKO, on her own behalf and on behalf of all other Seafarers similarly situated,

    Plaintiffs,

v.

CARNIVAL PLC and FLEET MARITIME SERVICES INTERNATIONAL, LTD.,

    Defendants.

---

Case No. 1:17-cv-06947-NGG-CLP

**[PROPOSED] ORDER**

Date: August 21, 2018
Time: 2:00 p.m.
Judge Nicholas G. Garaufis
Courtroom: 4D S

---

The Motion to Compel Arbitration and Dismiss for Improper Venue or in the Alternative Motion to Dismiss for Failure to State a Claim filed by Defendants, was heard by the Court on August 21, 2018.

After considering the briefs and arguments submitted by counsel for the parties, IT IS HEREBY ORDERED that:

The Complaint is DISMISSED WITHOUT PREJUDICE and the Plaintiff, TETYANA MOSKALENKO is compelled to submit to arbitration in Bermuda pursuant to the terms of her employment contract.

IT IS SO ORDERED.

Dated:

---

Judge Nicholas G. Garaufis
United States District Judge