## PROOF OF SERVICE

<u>MASKALENKO, et al. v. CARNIVAL PLC, et. al.</u>
Case No. 1:17-cv-06947-NGG-CLP
UNITED STATES DISTRICT COURT, EASTERN DISTRICT OF NEW YORK

I am over the age of eighteen years and not a party to the within entitled action. I am employed in the County of San Diego, California, where the mailing occurs; and my business address is 679 Encinitas Blvd, Suite 201, Encinitas, CA 92024.

On **JUNE 22, 2018**, I caused to be served the document(s) described as:

1. **DEFENDANTS' NOTICE OF MOTION TO COMPEL ARBITRATION AND DISMISS;**
2. **DEFENDANTS' MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF DEFENDANTS' MOTION TO COMPEL ARBITRATION AND DISMISS;**
3. **DECLARATION OF EDGAR R. NIELD IN SUPPORT OF DEFENDANTS CARNIVAL PLC AND FLEET MARITIME SERVICES INTERNATIONAL, LTD.'S MOTION TO COMPEL ARBITRATION;** and
4. **[PROPOSED] ORDER**

on the interested party(ies) in this action, as follows:

| Felix Q. Vinluan<br>LAW OFFICE OF FELIX VINLUAN<br>69-10 Roosevelt Avenue, 2nd Floor<br>Woodside, NY 11377<br>fqvinluan@yahoo.com | *Attorneys for Plaintiff,*<br>*TETYANA MASKALENKO, on her own behalf and on behalf of all other Seafarers similarly situated* |
|---|---|

☒ **BY MAIL:** I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. postal service on that same day with postage thereon fully prepaid at Encinitas, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

☒ **BY E-MAIL:** I caused such documents(s) to be delivered via electronic mail transmission to the office of the addressee(s).

☒ **FEDERAL:** I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on **JUNE 22, 2018** at Encinitas, California.

*/s/ R. Woodard*
R. Woodard