IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

---------------------------------------------------------------X
TETYANA MOSKALENKO, on her own )
behalf and on behalf of all other Seafarers )
similarly situated, )
)
                                  *Plaintiff*, )  Docket No. 17-cv-06947-NGG-TAM
)
- against - )  **JOINT STIPULATION OF**
)  **DISMISSAL**
CARNIVAL PLC and FLEET MARITIME )
SERVICES INTERNATIONAL, LTD., )
                              *Defendants*. )
---------------------------------------------------------------X

IT IS HEREBY STIPULATED AND AGREED by and between the Plaintiff Tetyana Moskalenko, and Defendants Carnival PLC and Fleet Maritime Services International, Ltd., through their respective counsels, that this action against Defendants Carnival PLC and Fleet Maritime Services International, Ltd., be dismissed without prejudice pursuant to Fed.R.Civ.P. 41(a)(1)(A)(ii), with each party to bear their own fees and costs.

IT IS FURTHER STIPULATED AND AGREED that this Stipulation may be executed in counterparts with scanned PDF or facsimile signatures treated as originals.

Dated: January 4, 2022.

LAW OFFICE OF FELIX VINLUAN

*[signature]*

By: FELIX Q. VINLUAN, Esq.
69-10 Roosevelt Avenue, 2nd Floor
Woodside, NY 11377
Tel. No. 718-478-4488
Email: fqvinluan@yahoo.com
*Attorneys for the Plaintiff*

Dated: January 4, 2022.

MALTZMAN & PARTNERS

*[signature]*

By: EDGAR R. NIELD, Esq.
679 Encinitas Blvd., Suite 201
Encinitas, CA 92024
Tel. No. 760-942-9880
Email: edn@maltzmanpartners.com
*Attorneys for the Defendants*

SO ORDERED:

s/Nicholas G. Garaufis
Hon. Judge Nicholas G. Garaufis
1/5/22